UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

LUMMUS TECHNOLOGY HEAT TRANSFER B.V.

                  Plaintiff,

v.

CREDIT AGRICOLE CORPORATE INVESTMENT BANK, and LLC KIRISHINEFTEORGSINTEZ

                  Defendants.
---------------------------------x

Case No. 1:22-cv-04025-JGK

**AMENDED ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

WHEREAS, this Court previously entered a temporary restraining order in this matter on May 17, 2022 (ECF No. 10); and

WHEREAS, the parties have agreed to adjourn the hearing on plaintiff Lummus's motion for a preliminary injunction to June 3, 2022; and

WHEREAS, defendants Credit Agricole Corporate Investment Bank and LLC Kirishinefteorgsintez have consented to extend the temporary restraining order pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, pending the hearing and determination of this motion, while reserving their rights with respect to any claims or defenses that may be raised in this proceeding, including but not limited to any personal jurisdiction defenses; it is

ORDERED, that defendants Credit Agricole Corporate Investment Bank and LLC Kirishinefteorgsintez show cause before a motion term of this Court, by telephone, at 888-363-4749, Dial-in: 814-0049 , on June 3, 2022, at 3:00 p.m. (ET), or as soon thereafter as counsel may be heard, why an order pursuant to Rule 65 of the Federal Rules of Civil Procedure should not be

1

made and entered herein, granting a preliminary injunction preventing defendant Credit Agricole Corporate Investment Bank from making any payment pursuant to a demand made upon Letter of Credit No. 136963062 by defendant LLC Kirishinefteorgsintez on or about May 6, 2022, and granting such other and further relief as the Court may deem just and proper; and it is further

ORDERED that, sufficient reason having been shown therefor, and pursuant to the parties' agreement and Rule 65 of the Federal Rules of Civil Procedure, defendant Credit Agricole Corporate Investment Bank shall be temporarily restrained from making any payment pursuant to a demand made upon Letter of Credit No. 136963062 by defendant LLC Kirishinefteorgsintez on or about May 6, 2022, and defendant LLC Kirishinefteorgsintez shall be temporarily restrained from submitting to defendant Credit Agricole Corporate Investment Bank any further demands for draws on Letter of Credit No. 136963062, pending the hearing and determination of this motion; and it is further

ORDERED that no security is required to be posted by the plaintiff; and it is further

ORDERED that answering papers, if any, shall be served upon plaintiff's counsel, so as to be received on or before June 1, 2022, at 8:00 a.m. (ET); and it is further

ORDERED that reply papers, if any shall be served upon defendants' counsel so as to be received on or before June 2, 2022, at 5:00 p.m. (ET).

DATED: 5/26/22

SO ORDERED

_____
United States District Judge