```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUMMUS TECHNOLOGY HEAT TRANSFER B.V.,

        Plaintiff,

- against -

CREDIT AGRICOLE CORPORATE INVESTMENT BANK, ET AL.,

        Defendants.

22-cv-4025 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By **Monday, March 13, 2023,** Lummus and Credit Agricole should provide an update to the Court on the status of this case, including whether the case should be closed or stayed pending resolution of the underlying dispute between Lummus and Kinef. See ECF No. 34.

SO ORDERED.
Dated:    New York, New York
          February 27, 2023

                                            John G. Koeltl
                                   United States District Judge