UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUMMUS TECHNOLOGY HEAT TRANSFER B.V.

         Plaintiff,

v.

CREDIT AGRICOLE CORPORATE INVESTMENT BANK and LLC KIRISHINEFTEORGSINTEZ

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-04025-JGK

[PROPOSED] ORDER

WHEREAS, on June 7, 2022, the Court issued a preliminary injunction in this matter (the "Preliminary Injunction") (ECF No. 34);

WHEREAS, on February 28, 2023, the Court ordered plaintiff Lummus Technology Heat Transfer B.V. ("Lummus") and defendant Credit Agricole Corporate and Investment Bank ("Credit Agricole") to provide the Court an update on the status of this case, including whether the case should be closed or stayed pending resolution of the underlying dispute between Lummus and LLC Kirishinefteorgsintez ("Kinef") (ECF No. 37);

WHEREAS, on March 13, 2023, in compliance with the Court's order, Lummus, with the consent of Credit Agricole, filed by way of letter a request that the Court (1) maintain the Preliminary Injunction, and (2) stay this action pending resolution of the underlying dispute between Lummus and Kinef (ECF No. 38);

WHEREAS, the Court held a conference with Lummus and Credit Agricole on March 22, 2023 regarding Lummus' requested relief; and

1

WHEREAS, the Court finds that sufficient and good cause has been shown for maintaining the Preliminary Injunction;

**IT IS THEREFORE ORDERED:** The Preliminary Injunction previously issued by this Court (ECF No. 34) shall be continued and, pursuant to Rule 65 of the Federal Rules, Credit Agricole is enjoined from making any payment pursuant to, related to, resulting from, or arising out of the demand made upon Letter of Credit No. 136963062 by Kinef on or about May 6, 2022, until the underlying dispute between Lummus and Kinef concerning the demand on Letter of Credit is resolved, whether through litigation, arbitration, or other means.

**IT IS FURTHER ORDERED**: This action is stayed pending resolution of the underlying dispute between Lummus and Kinef.

DATED: 3/24/23

SO ORDERED

_____
United States District Judge

*The parties should provide status reports to the Court at least every six months.*

SO Ordered.
3/24/23
U.S.D.J.

2