USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUMMUS TECHNOLOGY HEAT TRANSFER B.V.,

                Plaintiff(s),

-against-

CREDIT AGRICOLE CORPORATE INVESTMENT BANK et al.,

                Defendant(s).

---

22-CV-04025 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order requiring that parties provide status reports to the Court at least every six months (*see* Dkt. No. 41); accordingly, the parties must provide a status report to the Court no later than **March 22, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 20, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge